**IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES JONAS, Individually and as Executor of the Estate of SHARON JONAS, Deceased, | ) ) ) | CASE NO. 1:23-cv-02058-PAB |
| | ) | JUDGE PAMELA A. BARKER |
| Plaintiff, | ) ) | **ORDER ON JOINT MOTION FOR** |
| | ) | **DISMISSAL OF CLAIMS WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| LTL MANAGEMENT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Motion for Dismissal of Claims With Prejudice filed by Plaintiff, Charles Jonas, Individually and as Executor of the Estate of Sharon Jonas, Deceased ("Plaintiff"), and Defendants, Johnson & Johnson and LLT Management, LLC f/k/a LTL Management, LLC (hereinafter "J&J")(collectively "Parties").

Having determined that the Parties' Joint Motion is well-taken, it is hereby ordered that the Parties' Joint Motion is Granted. Defendants, Johnson & Johnson and LLT Management, LLC f/k/a LTL Management, LLC are hereby dismissed, with prejudice. Each party to bear its own costs.

SO ORDERED.

_7/22/2024_
DATE

_Pamela A. Barker_
JUDGE PAMELA A. BARKER
UNITED STATES DISTRICT COURT